**Opinion filed August 3, 2017**



### In The

# Eleventh Court of Appeals

_____

## No. 11-16-00215-CV

_____

## D. CLAY HOLCOMB ET AL., Appellants

## V.

## ENDEAVOR ENERGY RESOURCES, L.P., Appellee

**On Appeal from the 118th District Court**
**Martin County, Texas**
**Trial Court Cause No. 6905**

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss this appeal. In the motion, the parties state that they have resolved their dispute and have agreed to dismiss all their claims. The parties request that we dismiss this appeal with prejudice and tax costs against the party incurring them. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.


August 3, 2017                                                              PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.